JEFFREY S. CHIESA
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625
*Attorney for Defendants State of New Jersey,*
*New Jersey Department of Corrections and*
*George W. Hayman*

By: Roshan D. Shah
Deputy Attorney General
(609) 633-8687
roshan.shah@dol.lps.state.nj.us

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | | |
|---|---|---|
| ESTATE OF SHAKEENA DEAN by her ADMINISTRATOR AD PROSEQUENDUM MUTIAH DEAN, | : | Civil Action No. |
| Plaintiff, | : | |
| v. | : | **NOTICE TO PLAINTIFF OF REMOVAL OF SUIT** |
| STATE OF NEW JERSEY, et al., | : | |
| Defendants. | : | |

Plaintiff Estate of Shakeena Dean by her Administrator Ad Prosequendum, Mutiah Dean, through her attorney Dawn S. Deweil, Law Offices of Craig Rothenberg, 2444 Morris Avenue, Suite 206, Union, NJ 07083, is hereby notified that on the 26th day of January, 2012, Defendants the State of New Jersey, the New Jersey Department of Corrections, and George W. Hayman, filed the attached Notice of Removal with the United States District Court for the District of New Jersey, Trenton Vicinage.

Respectfully submitted,

JEFFREY S. CHIESA
ATTORNEY GENERAL OF NEW JERSEY

DATED: January 26, 2012 By: *s/Roshan D. Shah*
Roshan D. Shah
Deputy Attorney General

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of January, 2012, the foregoing was filed electronically with the Clerk of the Court and was served upon all parties of record via regular mail.

Dawn S. Deweil
Law Offices of Craig Rothenberg
2444 Morris Avenue, Suite 206
Union, NJ 07083
*Attorney for Plaintiff*

Anthony Pasquarelli
Sweet Pasquarelli, P.C.
17a Joyce Kilmer Ave North
New Brunswick, NJ 08903
*Attorney for The Kintock Group*

*s/Roshan D. Shah*
Roshan D. Shah
Deputy Attorney General