JEFFREY S. CHIESA
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625
*Attorney for Defendants State of New Jersey, New Jersey Department of Corrections and George W. Hayman*

By: Roshan D. Shah
Deputy Attorney General
(609) 633-8687
roshan.shah@dol.lps.state.nj.us

| | | |
|---|---|---|
| ESTATE OF SHAKEENA DEAN by her ADMINISTRATOR AD PROSEQUENDUM MUTIAH DEAN, | : | Superior Court of New Jersey, Law Division, Mercer County |
| Plaintiff, | : | Docket No. MER-L-3004-11 |
| v. | : | |
| STATE OF NEW JERSEY, et al., | : | **NOTICE OF FILING OF REMOVAL** |
| Defendants. | : | |

Defendants State of New Jersey, New Jersey Department of Corrections, and George W. Hayman hereby give notice of the removal of this action to the United States District Court for the District of New Jersey, Trenton Vicinage. Attached hereto are the Notice to Plaintiff of Removal of Suit and the Notice of Removal, which were filed in said United States District Court.

Respectfully submitted,

JEFFREY S. CHIESA
ATTORNEY GENERAL OF NEW JERSEY

DATED: January 26, 2012 By: s/Roshan D. Shah

Roshan D. Shah
Deputy Attorney General

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of January, 2012, the foregoing was hand-delivered to the Civil Division, Mercer County Courthouse, 175 South Broad Street, Trenton, New Jersey; filed electronically with the Clerk of the United States District Court; and was served upon all parties of record via regular mail as follows:

Dawn S. Deweil
Law Offices of Craig Rothenberg
2444 Morris Avenue, Suite 206
Union, NJ 07083
*Attorney for Plaintiff*

Anthony Pasquarelli
Sweet Pasquarelli, P.C.
17a Joyce Kilmer Ave North
New Brunswick, NJ 08903
*Attorney for The Kintock Group*

s/Roshan D. Shah

Roshan D. Shah
Deputy Attorney General